IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MICHELLE J. FINCHAM, | ) CASE NO. 1:07 CV 2940 |
| | ) |
| Plaintiff, | ) MAGISTRATE JUDGE |
| | ) WILLIAM H. BAUGHMAN, JR. |
| v. | ) |
| | ) |
| GREAT LAKES CHEESE CO., INC., | ) |
| | ) |
| Defendant. | ) **JUDGMENT ENTRY** |

This matter comes before the Court on the parties' filing of a joint stipulation of notice of voluntary dismissal with prejudice.[1]

On consideration whereof, the stipulated dismissal is approved, the plaintiff's complaint is dismissed with prejudice, and each party is to bear their respective costs in this action.

IT IS SO ORDERED.

Dated: September 23, 2009         s/ William H. Baughman, Jr.
                                  United States Magistrate Judge

---

[1] ECF # 44.